| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Kimberly A. Wilson, Esquire (031441997) | |
| In Re:<br>Sandra E Kennedy aka Sandra Elaine Kennedy, Debtor | Case No.: 24-12693-ABA<br>Chapter: 13<br>Hearing Date: N/A<br>Judge: Andrew B. Altenburg, Jr. |

## CERTIFICATION CONCERNING PROPOSED ORDER

I, Kimberly A. Wilson, Esq., certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

For the matter titled Consent Order Allowing Late Claim filed on 10/03/2024:

### Orders to be Submitted

1.) ☐ A hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.) ☐ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

### Consent Orders

3.) ☒ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9019-4(a).

OR

4.) ☐ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

Final paragraph options:

  5.) ☐ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

  6.) ☒ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Andrew B Finberg | ☒ Trustee |
| US Dept of Justice | ☒ U.S. Trustee |
| Jeanie D. Wiesner | Debtor's Attorney |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true.

Date: 10/03/2024                           /s/Kimberly A. Wilson, Esq.
                                           Signature

*new.8/1/2024*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>October 3, 2024,</u> I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties: Service by First-class Mail

*Debtor*

**Debtor**
**Sandra E Kennedy**
33 Joseph Drive
Sewell, NJ 08080-2469

And via electronic mail to:

**Debtor's Attorney**
**Jeanie D. Wiesner**
Sadek & Cooper
1500 JFK Blvd.Ste 220
Philadelphia, PA 19102
215-545-0008
Email: jeanie@sadeklaw.com

*Trustee*
**Andrew B Finberg**
Office of the Chapter 13 Standing Trustee
535 Route 38 Suite 580
Cherry Hill, NJ 08002
856-663-5002

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

    Robertson, Anschutz, Schneid & Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    13010 Morris Road, Suite 450
    Alpharetta, GA 30004
    470-321-7112

    By: <u>/s/Selim Yarangumelioglu</u>
    Selim Yarangumelioglu
    Email: selim.y@raslg.com